No. 77–919. British American Commodity Options Corp. *v.* Commodity Futures Trading Commission. C. A. 2d Cir. Certiorari denied.

No. 77–1261. Myslajek et al. *v.* United States et al. C. A. 8th Cir. Certiorari denied.

No. 77–1312. Donohoe Construction Co., Inc. *v.* Montgomery County Council et al. C. A. 4th Cir. Certiorari denied.

No. 77–5061. Thomas *v.* California. App. Dept., Super. Ct. Cal., County of Orange. Certiorari denied.

No. 77–5935. Shaw *v.* Georgia. Sup. Ct. Ga. Certiorari denied.

No. 77–6571. Bartoli *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 77–890. New York *v.* Garland. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.